13

AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| v. | |
| *Carlos Gonzalez* ~~RICARDO GONZALEZ-NAVAREZ~~ | CASE NUMBER: 08CR2137-JLS |

I, *Carlos Gonzalez-Gonzalez* ~~RICARDO GONZALEZ-NAVAREZ~~, the above named defendant, who is accused of committing the following offense:

Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on ___6-26-08___ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

*Carlos gonzo*
Defendant

_____
Counsel for Defendant

Before _____
JUDICIAL OFFICER

**FILED**
JUN 2 6 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY