**Minutes of the United States District Court**
**Southern District of California**
**JULY 29, 2008**

Hon. __Jan M. Adler__   Deputy Clerk: __R. Rhone__

---

TAPE NO. JMA08-01-10:59-11:01

08CR2137-JLS     USA     vs.     CARLOS GONZALEZ-GONZALEZ (C)

STATUS HRG

JOHN FIELDING, CJA

AUSA: SHIREEN BECKER

---

CASE RELATED TO 08CR2416-JLS

DFT STATES TRUE NAME TO BE CARLOS GONZALEZ-GONZALEZ [14-1]

GOVT'S ORAL MOTION TO DISMISS CASE- GRANTED

ABSTRACT ISSUED TO USM

1 MIN