# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
vs )
)
Carlos Gonzalez-Gonzalez )

CASE NUMBER **08cr2137-JLS**

ABSTRACT OF ORDER

Booking No. **0161919 8**

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of **7/29/08** the Court entered the following order:

**X** Defendant be released from custody. **as to this case only**

___ Defendant placed on supervised / unsupervised probation / supervised release.

___ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

___ Defendant released on $_____ bond posted.

___ Defendant appeared in Court. FINGERPRINT & RELEASE.

___ Defendant remanded and ( ____ bond) ( ____ bond on appeal) exonerated.

___ Defendant sentenced to TIME SERVED, supervised release for ____ years.

___ c.c. judgment Court of Appeals ( ____ affirming) ( ____ reversing) decision of this Court:
____ dismissing appeal filed.

___ Bench Warrant Recalled.

___ Defendant forfeited collateral.

**X** Case Dismissed.

___ Defendant to be released to Pretrial Services for electronic monitoring.

**X** Other. **dft pending charges in 08cr2416-JLS**

JAN M. ADLER
UNITED STATES MAGISTRATE JUDGE
OR
W. SAMUEL HAMRICK, JR., Clerk
by
R. Rhone
Deputy Clerk

Received _____ DUSM

Crim-9 (Rev 6-95)

★ U.S. GPO: 1996-783-398/40151

CLERKS' COPY