# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

FILED
JUL 29 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>vs.<br><br>Carlos Gonzalez-Gonzalez,<br>aka Ricardo Gonzalez-Navarez,<br><br>                    Defendant. | CASE NO. 08CR2137-JLS<br><br>**JUDGMENT OF DISMISSAL** |

  IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__  an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case

____  the Court has dismissed the case for unnecessary delay; or

____  the Court has granted the motion of the Government for dismissal; or

____  the Court has granted the motion of the defendant for a judgment of acquittal; or

____  a jury has been waived, and the Court has found the defendant not guilty; or

____  the jury has returned its verdict, finding the defendant not guilty;

__X__  of the offense(s) of: Ct 1&2 - Illegal Entry (Felony)

  IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 7/28/08

_____
JAN M. ADLER
UNITED STATES DISTRICT JUDGE

ENTERED ON _____