**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

FILED
JUL 29 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 08CR2137-JLS |
| Plaintiff, | |
| vs. | JUDGMENT OF DISMISSAL |
| Carlos Gonzalez-Gonzalez, aka Ricardo Gonzalez-Navarez, | |
| Defendant. | |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

**X** an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case

___ the Court has dismissed the case for unnecessary delay; or

___ the Court has granted the motion of the Government for dismissal; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

**X** of the offense(s) of: Ct 1&2 - Illegal Entry (Felony)

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 7/28/08

JAN M. ADLER
UNITED STATES DISTRICT JUDGE

I have executed within Judgment of Dismissal
Judgement and Commitment on 7/30/08
United States Marshal
By: _____
USMS Criminal Section

ENTERED ON _____